| | |
|---|---|
| County Court **ARAPAHOE** County, Colorado<br>Court Address: **1790 W. Littleton Blvd**<br>**Littleton, CO 80120**<br>Plaintiff(s): **Jheshua Jackson-El ©**<br>v.<br>Defendant(s): **Richard G. "Dick" Saffer,**<br>~~Paul Faranacci~~<br>Attorney or Party Without Attorney (Name and Address):<br>**Jeshua Jackson-El**<br>**2367 S. Blackhawk St. #443**<br>**Aurora, CO 80014**<br>Phone Number: E-mail: **prince.jackson2@gmail**<br>FAX Number: **(951)916-1810** Atty. Reg. #: | **Filed**<br>DATE FILED: July 13, 2023<br>CASE NUMBER: 2023C100499<br>▲ **COURT USE ONLY** ▲<br>Case Number:<br>**23C100499**<br>Division **A1** Courtroom |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. **Credit Control LLC, Richard Saffer**, defendant(s), is (are) resident(s) of **3300 Rider Trail S Ste 500** **Arapahoe** County, with a post office address of **7700 S. Arapahoe Rd Ste 220** Street, City **~~Centennial~~ Earth City**, State of **~~CO~~ MO, 63045**.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   OR

3. The amount claimed from **Richard "Dick" Saffer, ~~Paul Faranacci~~ Credit Control LLC**, defendant(s), is/are **$7,499** dollars and **50** cents ($**7,499.50**), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s): **Violations of the following**
   1. **FDCPA**          4. **U.C.C.**
   2. **FCRA - Fair Credit Reporting Act**
   3. **Contract Law (Restatement of Law Second Contract)**

   The Defendant(s) ☐ is (are) ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
   **Pursuant to C.R.S. 13-6-403(1)**

5. The Plaintiff(s) ☒ does (do) ☒ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).
   ☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
   ☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_signature_
Signature of Plaintiff(s)                                  Signature of Attorney for Plaintiff(s) (if applicable)

**2367 S. Blackhawk St, #443 Aurora, CO 80014**
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) **951-576-1810**

CRCCP FORM 2 SC   6/00   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE