# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Nina Y. Wang

Civil Action No. 23-cv-02074-NYW-KAS

JHESHUA JACKSON,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the Recommendation of United States Magistrate Judge Kathryn A. Starnella issued on February 11, 2025. [Doc. 83]. Judge Starnella recommends granting the Motion for Summary Judgment, [Doc. 54], filed by Defendant Credit Control, LLC ("Defendant" or "Credit Control"). Judge Starnella recommends: (1) that the Court grant Defendant's Motion for Summary Judgment; (2) that summary judgment be granted in favor of Defendant on Plaintiff Jheshua Jackson's sole remaining claim asserted under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692g; and (3) that this case be closed. *See generally* [Doc. 83].

The Recommendation states that objections to the Recommendation must be filed within 14 days after its service on the Parties. [*Id*. at 9]; *see also* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment. Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1) The Recommendation of United States Magistrate Judge Kathryn A. Starnella [Doc. 83] is **ADOPTED**;

(2) Defendant's Motion for Summary Judgment [Doc. 54] is **GRANTED**;

(3) Final judgment **SHALL ENTER** in favor of Defendant Credit Control, LLC and against Plaintiff Jheshua Jackson;

(4) The Clerk of Court is **DIRECTED** to **TERMINATE** this case; and

(5) The Clerk of Court shall mail a copy of this Order to:

> Jheshua Jackson
> 4545 East Warren Avenue, Unit 410
> Denver, CO 80222

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

2

DATED: March 12, 2025

BY THE COURT:

_____
Nina Y. Wang
United States District Judge