# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02074-NYW-KAS

JHESHUA JACKSON,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation by United States District Judge Nina Y. Wang entered on March 12, 2025 [Doc. 84], it is

ORDERED that the Recommendation of United States Magistrate Judge Kathryn A. Starnella [Doc. 83] is ADOPTED. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. 54] is GRANTED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Credit Control, LLC and against Plaintiff Jheshua Jackson. It is

FURTHER ORDERED that Defendant is entitled to their costs under Federal Rule 54 and Local Rule 54.1.

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of March, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ M. Smotts
M.Smotts, Deputy Clerk